Michael A. Simmrin (238092)
Simmrin Law Group
3500 W. Olive Avenue, Suite 300
Burbank, CA 91505
Tel.: (818) 827-7171
michael@simmrinlawgroup.com

Debi F. Chalik, Esq. (Pending Admittance Pro Hac Vice) (Florida Bar No. 179566)
CHALIK & CHALIK, P.A.
10063 N.W. 1st Court
Plantation, Florida 33324
Tel.: (954) 476-1000
Fax: (954) 472-1173
Debi@Chaliklaw.com
Litigation@Chaliklaw.com

**Attorneys for Plaintiffs**

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KIRBY<br><br>  Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES LTD.,<br>  Defendant. | CASE NO. 2:20-CV-03776-RGK-SK<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT STIPULATION PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(ii) TO DISMISS COMPLAINT**<br><br>Judge: Hon. R. Gary Klausner<br>Magistrate: Hon. Steve Kim<br>Filed:  07/29/2020 |

### PROPOSED ORDER

Based on the foregoing Joint Stipulation and good cause appearing therefore, this Court Orders as follows:

1. The Complaint shall be dismissed in accordance with Fed.R. Civ. P. 41(a)(1)(A)(ii) with prejudice and without costs to any party.

1

Proposed Order Granting Joint Stipulation of Dismissal                    20-CV-03776-RGK-SK

2. The Court shall retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

Dated: July 30, 2021

*Gary Klausner*
_____
Honorable R. Gary Klausner
United State District Court Judge